**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1402**

CRIST LADICOS,

              Plaintiff - Appellant,

      v.

OLD DOMINION UNIVERSITY,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:09-cv-00120-RBS-TEM)

Submitted: June 22, 2009          Decided: June 29, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Crist Ladicos, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crist Ladicos seeks to appeal the district court's order dismissing his complaint without prejudice for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Ladicos' brief alleges no error committed by the district court in dismissing his complaint, Ladicos has forfeited appellate review of the court's order. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED